UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CECILE A. BROWN,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

CASE NO. 3:20-CV-5640-RSM

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

Because Plaintiff does not appear to have funds available to afford the $400 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1).  Therefore, Plaintiff's IFP application (Dkt. 1) is GRANTED.  However, this Court does not appear to be the proper venue and Plaintiff has not clearly articulated her claims in the proposed complaint. Therefore, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B).

The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the District Judge assigned to this case.

Dated this 8th day of July, 2020.

                                                    /s/ David W. Christel
                                                    David W. Christel
                                                    United States Magistrate Judge