UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CECILE A. BROWN, | Case No. C20-5640-RSM |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

*Pro se* Plaintiff, Cecile Brown, has been granted leave to proceed *in forma pauperis* in this matter. Dkt. #2. She brings this action against the United States Board of Veterans' Appeals claiming emotional distress and defamation. Dkt. #3. Summonses have not yet been issued.

Plaintiff's complaint is difficult to decipher but appears to allege that the Board of Veterans' Appeals committed a tort related to Plaintiff not receiving "her finality of appeal which was closed then reopen[ed] due to . . . Administrative Error." *Id.* at 4. Under the Statement of Claim section, she states, "Give an Attorney 20% of Retroactive Pay when he was revoked evidence in RBA." She also claims that her rights were "grossly violated by government agents" and "deprived of a redress of grievances by sovereign immunity." *Id.* She cites both federal question and diversity of citizenship as the basis of jurisdiction. *Id.* at 3. Regarding damages,

ORDER TO SHOW CAUSE - 1

Plaintiff requests $500 million in emotional distress damages and $500 billion for defamation. *Id.* at 5.

The Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B).

Plaintiff's request for at least $500 billion appears frivolous. Plaintiff's claims, as stated in the complaint, also appear frivolous due to a lack of background detail. She cites no law or causes of action in her complaint other than generalized descriptions of "common intentional tort" and a reference to 38 U.S.C. § 7112, which provides for expedited treatment of remanded claims before the Board of Veterans' Appeals. *Id.* at 3-4. It is also unclear how venue is proper in the Western District of Washington, given that Plaintiff resides in Louisiana and Defendant is a government agency located in Washington, D.C. *Id.* at 1-2.

Accordingly, Plaintiff's complaint suffers from deficiencies that, if not explained in response to this Order, will require dismissal. In Response to this Order, Plaintiff must write a short and plain statement telling the Court: (1) the laws or statutes upon which her claims are based; (2) exactly what facts support each of the alleged violations of law; (3) what specific injury Plaintiff suffered because of each alleged violation of law; and (4) why venue is proper in the U.S. District Court for the Western District of Washington. **This Response is not to exceed six (6) pages**. Plaintiff is not permitted to file additional pages as attachments. The Court will take no further action in this case until Plaintiff has submitted this Response.

Therefore, the Court hereby finds and ORDERS that Plaintiff shall file a Response to this Order to Show Cause containing the detail described above **no later than twenty-one (21) days from the date of this Order**. Failure to file this Response will result in dismissal of this case.

ORDER TO SHOW CAUSE - 2

DATED this 13th day of July, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE - 3